# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140445

MARIO GENNA, KIMBERLY GENNA, and
MARIO GENNA, as next friend of LAYLA
GENNA and SEBASTIAN GENNA, minors,
    Plaintiffs-Appellees,

v

BEVERLEY JACKSON,
    Defendant-Appellant,
and

MAPLEWOODE CONDOMINIUM
ASSOCIATION and AMERICAN BIOSYSTEMS,
INC.,
    Defendants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140445
COA: 285746
Oakland CC: 06-072572-NI

    On order of the Court, the application for leave to appeal the December 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

y0621

_____
Clerk